IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ANDERSON, <br><br>　　　　　　　　　Plaintiff, <br><br>vs. <br><br>HOME DEPOT U.S.A., INC.   DOES 1 to 100, inclusive, <br><br>　　　　　　　　　Defendants. | Case No. 2:14-cv-02627-JAM-CKD <br><br>**Order Granting Joint Stipulated Motion to Extend Discovery Deadlines** |

　　　The joint stipulated motion brought by Plaintiff Kenneth Anderson and Defendant Home Depot U.S.A., Inc. (collectively the "parties"), pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), to extend discovery deadlines set forth in the Scheduling Order, dated March 13, 2015 (Doc. 6), is hereby granted in the interests of judicial efficiency to permit the parties a full opportunity to engage in settlement discussions in an effort to conclude this matter. The discovery deadlines are extended as follows:

- Deadline for defendants to make expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2):  extended from November 20, 2015 to January 8, 2015;
- Deadline for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c):  extended from December 4, 2015 to January 22, 2015 and
- Discovery completion deadline:  extended from December 31, 2015 to February 5, 2015.

Goodman Neuman Hamilton LLP
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-1-

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINES

1   IT IS SO ORDERED.

3   Dated:  11/3/2015                                   /s/ John A. Mendez
                                                        Judge of the United States District Court

Goodman Neuman
Hamilton LLP
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-1-
[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINES