JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE YEH, ESQUIRE - State Bar #229197
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ANDERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.  DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No. 2:14-cv-02627-JAM-CKD<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Hon. John A. Mendez |

In light of the settlement of this action and the submitted Stipulation to Dismiss Action With Prejudice pursuant to Federal Rule of Civil Procedures 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED:

Plaintiff's action against Defendant is **DISMISSED with prejudice**, each party to bear its own costs.

Dated: 12/9/2015

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge